IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
JAN 1 1 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| EDUARDO MALDONADO and BERTHA MALDONADO,<br>Plaintiffs, | § § § § | |
| v. | § § | Civil Action No.<br>DR-16-CV-0063-AM/VRG |
| LIBERTY MUTUAL INSURANCE COMPANY,<br>Defendant. | § § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On December 28, 2016, the parties filed stipulation of voluntary dismissal with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiffs' claims asserted in this suit against the Defendant are **DISMISSED WITH PREJUDICE** as set forth in the agreed stipulation. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a Clerk's judgment shall immediately issue.

SIGNED this 11th day of January, 2017.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE